NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARK C. JACKSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7028

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-908, Chief Judge William P. Greene, Jr.

---

**ON MOTION**

---

Before LINN, *Circuit Judge.*

**O R D E R**

Mark C. Jackson submits an "emergency motion pending appeal."

Jackson's motion does not request relief pursuant to Fed. R. App. P. 8. Instead, Jackson appears to seek the immediate resolution of his appeal or other relief outside

of this appeal. This appeal is fully briefed and ready for assignment to a merits panel.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

JAN 2 8 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Mark C. Jackson
Kimberly I. Kennedy, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 8 2011

JAN HORBALY
CLERK